K. TOM KOHAN (SBN 225420)
**KOHAN LAW FIRM**
3415 S. Sepulveda Blvd., Suite 460
Los Angeles, California 90034
Tel: 310-349-1111
Fax: 888-476-7010
Email: tom@kohanlawfirm.com

Ezra Sutton, Esq. (Admitted Pro Hac Vice)
**Ezra Sutton & Associates, P.A.**
900 Route 9 North
Woodbridge, New Jersey 07095
Telephone: (732) 634-3520
Email: esutton@ezrasutton.com

*Attorneys for Defendants*
*Gold Star Tobacco Inc. and Samer Abdelmaseh*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUZZ TOBACCO, INC., a California corporation<br><br>          Plaintiff,<br><br>          v.<br><br>GOLD STAR TOBACCO INC., a New Jersey corporation; SAMER ABDELMASEH, an individual; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No.: 8:19-cv-00408-JVS-DFM<br><br>**FINAL JUDGMENT**<br><br>Honorable James V. Selna |
| AND RELATED COUNTERCLAIM | |

0

AND NOW, this 20th day of February, 2020, it is hereby ORDERED, ADJUDGED AND DECREED that judgment is entered against Plaintiff Starbuzz Tobacco, Inc.'s ("Starbuzz") claims in favor of Defendants Gold Star Tobacco Inc. ("Gold Star") and Samer Abdelmaseh ("Abdelmaseh"), (collectively "Defendants"); and final judgement is entered against Plaintiff Starbuzz as to the counterclaim in Gold Star's Answer and Counterclaim, as follows:

1. All of Starbuzz's claims set forth in its Complaint, including its claims for: (a) "Copyright Infringement Under 17 U.S.C. § 101 et seq.;" (b) "Declaratory Relief Under 17 U.S.C. §§ 102;" (c) "Fraud;" and (d) "Declaratory Relief Re: Ineligibility to Register USPTO Trademark Application Serial No. 87/818,151" are hereby DISMISSED WITH PREJUDICE pursuant to F.R.C.P. Rules 37 and 41, and Starbuzz shall recover nothing against Defendants.

2. Default Judgment is hereby entered in favor of Defendant Gold Star and against Starbuzz as to the Counterclaim of Defendant Gold Star, and Starbuzz's Answer to Defendant Gold Star's Counterclaim is hereby stricken.

3. This Judgment is entered without prejudice any party's right to further or different relief.

1

4. Pursuant to F.R.C.P Rules 54(b), the Court finds that there is no just reason for delay in entering this Judgment.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: February 20, 2020  _____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE