K. TOM KOHAN (SBN 225420)
**KOHAN LAW FIRM**
3415 S. Sepulveda Blvd., Suite 460
Los Angeles, California 90034
Tel: 310-349-1111
Fax: 888-476-7010
Email: tom@kohanlawfirm.com

Ezra Sutton, Esq. (Admitted Pro Hac Vice)
**Ezra Sutton & Associates, P.A.**
900 Route 9 North
Woodbridge, New Jersey 07095
Telephone: (732) 634-3520
Email: esutton@ezrasutton.com

*Attorneys for Defendants*
*Gold Star Tobacco Inc. and Samer Abdelmaseh*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUZZ TOBACCO, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>GOLD STAR TOBACCO INC., a New Jersey corporation; SAMER ABDELMASEH, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:19-cv-00408-JVS-DFM<br><br>**Honorable James V. Selna**<br><br>**AMENDED JUDGMENT** |

AND RELATED COUNTERCLAIM

0

# **JUDGMENT**

AND NOW, this 15th day of May, 2020, it is hereby ORDERED, ADJUDGED AND DECREED that this amended judgment is entered against Plaintiff Starbuzz Tobacco, Inc.'s ("Starbuzz") claims in favor of Defendants Gold Star Tobacco Inc. ("Gold Star") and Samer Abdelmaseh ("Abdelmaseh"), (collectively "Defendants"); and final judgement is entered against Plaintiff Starbuzz as to the counterclaim in Gold Star's Answer and Counterclaim, as follows:

1. All of Starbuzz's claims set forth in its Complaint, including its claims for: (a) "Copyright Infringement Under 17 U.S.C. § 101 et seq.;" (b) "Declaratory Relief Under 17 U.S.C. §§ 102;" (c) "Fraud;" and (d) "Declaratory Relief Re: Ineligibility to Register USPTO Trademark Application Serial No. 87/818,151" are hereby DISMISSED WITH PREJUDICE pursuant to F.R.C.P. Rules 37 and 41, and Starbuzz shall recover nothing against Defendants.

2. Default Judgment is hereby entered in favor of Defendant Gold Star and against Starbuzz as to the Counterclaim of Defendant Gold Star for "Declaration that Copyright Registration VAu 1-313-168 and Supplementary Copyright Registration No. Vau1-364-983 are Invalid and Unenforceable," and Starbuzz's Answer to Defendant Gold Star's Counterclaim is hereby stricken. Judgment is thus entered declaring that U.S. Copyright Registration No. VAu 1-313-168 and U.S. Supplementary Copyright Registration No. Vau1-364-983 are invalid.

3. Defendants are the prevailing parties in this action for purposes of 17 U.S.C. § 505.

1

4. Defendants shall recover from Plaintiff an award of $456,162.75 in attorneys' fees.

5. Plaintiff shall make payment to Defendants of $456,162.75, pursuant to this Amended Judgment, within forty-five (45) days of its entry; provided, however, that if Plaintiff timely files an appeal from this Amended Judgment, Plaintiff's obligation to remit such payment shall be stayed during the appellate process pursuant to Fed. R. Civ. P. 62(d) upon the timely posting of a compliant supersedeas bond in the full amount of the Judgment in order to secure the Judgment.

6. Post-judgment interest is awarded against Plaintiff in favor of Defendants in an amount that is to be calculated from entry of this Amended Judgment at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment, or, as prescribed by law, computed daily, and compounded annually.

7. This Amended Judgment is entered without prejudice to any party's right to further or different relief.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: May 15, 2020

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE